UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL PUGLISI, on behalf of himself and
all others similarly situated,

                       Plaintiff(s),         **ORDER**
                                                  CV08-5024 (JFB)(WDW)

     -against-

DEBT RECOVERY SOLUTIONS, LLC,

                       Defendant(s).
-------------------------------------------------------------------X
**WALL, Magistrate Judge:**

      Before the court is a motion by the plaintiff to compel initial disclosures.  DE[32].  The motion, which was filed on March 25, 2010, is unopposed as of the date below.  The joint discovery plan submitted by the parties and adopted by the court required that initial disclosures be made by March 16, 2010.  The plaintiff reports that the disclosures were not timely made, and that defense counsel indicated an intention to request an extension of time, but he has not done so.  The motion is granted.  The defendant is directed to serve its initial disclosures by **April 14, 2010**.

Dated:  Central Islip, New York                        **SO ORDERED:**
         April 5, 2010

                                                   /s/ William D. Wall
                                                 WILLIAM D. WALL
                                                 United States Magistrate Judge