**LAWRENCE W. RADER**
ATTORNEY AT LAW
225 BROADWAY  SUITE 400
NEW YORK, NEW YORK  10007

PHONE(212) 791-5200
FAX(212) 791-5400
EMAIL larry@lawrader.com

February 24, 2012

Hon.  Joseph F.  Bianco, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Puglisi v.  Debt Recovery Solutions, LLC*, 08 CV 5024 (JFB)(WDW)

Your Honor:

    Please accept my most sincere apologies for not responding to the Court's request that we write with Defendant's position regarding a bench trial.  There are two lawyers in my office and we each thought that the other had responded.  It was entirely our error, and we are embarrassed by our oversight.

    Defendant intends to proceed with a bench trial.

                                                    Very truly yours,

                                                    Lawrence W. Rader

cc:    Adam Fishbein, Esq.