**LAWRENCE W. RADER**
ATTORNEY AT LAW
225 BROADWAY  SUITE 400
NEW YORK, NEW YORK  10007

PHONE(212) 791-5200
FAX(212) 791-5400
EMAIL larry@lawrader.com

June 5, 2012

VIA ECF AND FACSIMILE
Hon. Joseph F. Bianco, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Puglisi v. Debt Recovery Solutions, LLC*, 08 CV 5024 (JFB)(WDW)

Your Honor:

    I represent the defendant, and write to inform the Court that plaintiff's counsel has apparently failed to file the pre-trial documents required by paragraph IV.B.2 of Your Honor's Individual Rules. The Rules do not provide a specific remedy for this failure, but I would request an appropriate sanction in the Court's discretion, including dismissal with prejudice.

    I appreciate the Court's attention.

                                    Very truly yours,

                                    Lawrence W. Rader

cc:    Adam Fishbein, Esq.