**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

June 5, 2012

**VIA ECF**
The Honorable Joseph B. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE:** **Puglisi v. Debt Recovery**
**08 CV 5024 (JFB) (WDW)**

Dear Judge Bianco:

I represent the plaintiff in the above matter. In response to defendant's letter, after careful consideration of the entirety of the matter and all considerations including witnesses and the two decisions rendered by the Court, we would agree to have the matter dismissed with prejudice.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

cc:     Lawrence W. Rader, Esq.