**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

June 5, 2012

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 06 2012   ★

LONG ISLAND OFFICE

<u>VIA ECF</u>
The Honorable Joseph B. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE:   Puglisi v. Debt Recovery
      08 CV 5024 (JFB) (WDW)

Dear Judge Bianco:

I represent the plaintiff in the above matter. In response to defendant's letter, after careful consideration of the entirety of the matter and all considerations including witnesses and the two decisions rendered by the Court, we would agree to have the matter dismissed with prejudice.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

cc:   Lawrence W. Rader, Esq.

*Request granted. The case is voluntarily dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Clerk of the Court shall close the case.*

SO ORDERED

_____
Joseph F. Bianco
USDJ

Date/ June 6, 20 12
Central Islip, N.Y.