DATE: 6-19-2012        AT: 2:22 p.m.   Time in court: 12 min

BEFORE JUDGE JOSEPH F. BIANCO:

<u>CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE</u>

DOCKET NUMBER: <u>CV-08-5024-JFB-WDW</u>

TITLE: <u>Puglisi v. Debt Recovery Solutions LLC</u>

APPEARANCES:

FOR PLAINTIFF(S): <u>Adam Fishbein</u>

FOR DEFENDANT(S): <u>Lawrence Rader</u>

FTR: <u>2:22-2:34</u>         COURTROOM DEPUTY: <u>Michele Savona</u>

__X__    CASE CALLED.

__X__    COUNSEL FOR ALL SIDES PRESENT.

_____    COUNSEL FOR _____ NOT PRESENT.

__X__    CONFERENCE HELD.

_____    DISCOVERY TO BE COMPLETED BY_____

_____    PARTIES TO COMPLETE_____
         BY THE NEXT CONFERENCE OR BY_____

_____    NEXT STATUS PHONE CONFERENCE SET FOR_____

_____    CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
         FOR_____

__X__    MOTION TO BE FILED BY   7/10/2012;
                  RESPONSE BY    8/9/2012;
                  REPLY BY       8/23/2012.

_____    ORAL ARGUMENT SET FOR  //2012 at_____

_____    JURY SELECTION SET FOR_____

_____    TRIAL SET FOR_____

_____    OTHER_____